◼ In the Matter of JANE M. SMITH, Petitioner, v. JAMES C. SMITH, Respondent. HARRIET W. JUDD, Appellant.— Order of the Family Court, entered June 28, 1966, denying motion to vacate subpœna duces tecum unanimously reversed, on the law and the facts, and motion granted, without costs and without disbursements. In this action by a wife to enforce provisions for support, petitioner has served a subpœna duces tecum on the defendant husband's mother. A similar subpœna to examine on the same subject matter

and to produce the same documents had been served on the witness in a prior action for related relief in the Civil Court. The witness appeared in response to that subpœna and was examined fully. We can see no purpose in the examination currently sought except to inconvenience and harass the proposed witness. No necessity was shown and, in view of the fact that the information had already been obtained, it is doubtful that any valid purpose could be shown. Concur — Breitel, J. P., Rabin, McNally, Steuer and Capozzoli, JJ.